RUSSELL S. ROECA (State Bar # 97297)
rsr@rhm.legal
KYLE MONTES DE OCA (State Bar # 280114)
kmo@rhm.legal
AUDREY TAM (State Bar # 305437)
ast@rhm.legal
ROECA HAAS MONTES DE OCA LLP
250 Montgomery Street, Suite 1410
San Francisco, CA 94104
Telephone: (415) 352-0980
Facsimile: (415) 352-0988

Attorneys for Defendants
DANIEL CANTRELL and WHITING FALLON ROSS
& ABEL LLP

IT IS SO ORDERED
Judge Edward M. Chen

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH SWEENEY,<br><br>    Plaintiff,<br><br>vs.<br><br>KERI EVILSIZOR, et al.,<br><br>    Defendants. | CASE NO. 3:17-CV-04866 (EMC)<br><br>Hon. Edward M. Chen<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS DANIEL CANTRELL AND WHITING FALLON ROSS & ABEL LLP TO RESPOND TO PLAINTIFF'S COMPLAINT (L.R. 6-1(a))**<br><br>Previous Response Date: October 20, 2017<br>New Response Date: November 23, 2017 |

Roeca Haas Montes De Oca LLP
250 Montgomery Street, Suite 1410, San Francisco, CA 94104
415.352.0980 Fax 415.352.0988

Pursuant to Civil Local Rule 6-1(a), Plaintiff *in pro per* JOSEPH SWEENEY ("Sweeney"), on the one hand, and Defendants DANIEL CANTRELL and WHITING FALLON ROSS & ABEL LLP (collectively "Whiting") on the other hand, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, SWEENEY and WHITING stipulated to extend time for Whiting to respond to Sweeney's complaint to October 20, 2017;

WHEREAS, good cause exists for this extension as SWEENEY has entered into a global settlement in the underlying family court action pending family court approval, which settlement includes resolution of this pending action;

WHEREAS, an extension for WHITING to respond to SWEENEY's Complaint will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that WHITING shall answer or otherwise respond to SWEENEY's Complaint by November 23, 2017.

Dated: October 20, 2017     ROECA HAAS MONTES DE OCA LLP

By: /s/ Russell S. Roeca
Russell S. Roeca
Kyle Montes De Oca
Audrey Tam
Attorneys for Defendants
DANIEL CANTRELL and WHITING FALLON ROSS & ABEL LLP

Dated: October 20, 2017     By: /s/ Joseph Sweeney
Joseph Sweeney, Plaintiff *in pro per*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5.1**

I, Russell S. Roeca, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of October 2017 at San Francisco, California.

By: /s/ Russell S. Roeca

Roeca Haas Montes De Oca LLP
250 Montgomery Street, Suite 1410, San Francisco, CA 94104
415.352.0980 Fax 415.352.0988