RUSSELL S. ROECA (State Bar # 97297)
rsr@rhm.legal
KYLE MONTES DE OCA (State Bar # 280114)
kmo@rhm.legal
AUDREY TAM (State Bar # 305437)
ast@rhm.legal
**ROECA HAAS MONTES DE OCA LLP**
250 Montgomery Street, Suite 1410
San Francisco, CA 94104
Telephone: (415) 352-0980
Facsimile: (415) 352-0988

Attorneys for Defendants
DANIEL CANTRELL and WHITING FALLON ROSS & ABEL LLP

Roeca Haas Montes De Oca LLP
250 Montgomery Street, Suite 1410, San Francisco, CA 94104
415.352.0980 Fax 415.352.0988

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOSEPH SWEENEY,

Plaintiff,

vs.

KERI EVILSIZOR, et al.,

Defendants.

CASE NO. 3:17-CV-04866 (EMC)

Hon. Edward M. Chen

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND OTHER PENDING DEADLINES (L.R. 6-2)**

Pursuant to Civil Local Rule 6-2, the parties hereby mutually agree and respectfully request that this Court continue the Initial Case Management Conference currently set for November 30, 2017 at 9:30 a.m. to January 25, 2018 at 9:30 a.m., or as soon thereafter as this Court is available.

The parties mutually agree and respectfully request that their deadlines to meet and confer regarding initial disclosures, file ADR Certification, file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference also be extended accordingly.

The parties mutually agree and respectfully request that their deadline to file a Rule 26(f) Report, complete initial disclosures, and file a Joint Case Management Statement shall be extended to January 18, 2018.

The reason for this request is that the parties have conditionally settled this case pending approval of a global settlement agreement in the related underlying family court action currently pending in the Contra Costa Superior Court as Case No. FLMSD13-01648. Settlement of the family court action includes resolution of the above-entitled action.

It is further stipulated by and between the parties, through their respective counsels of record, and subject to the approval of this Court, that defendants' time to respond to the initial complaint in the above-entitled action be extended to January 18, 2018. This is the third request for an extension of time to file responsive pleadings. The parties have conferred and share an interest in an efficient and economical approach to managing this litigation. In that regard, the parties believe extending defendants' time to respond would prevent the unnecessary expenditure of resources.

The requested changes will not appreciably delay proceedings in this action and will enable more efficient and economical management of the litigation.

**IT IS SO STIPULATED.**

Dated: November 14, 2017

By: /s/ Joseph Sweeney
Joseph Sweeney, Plaintiff *in pro per*

Dated: November 14, 2017

ROECA HAAS MONTES DE OCA LLP

By: /s/ Russell S. Roeca
Russell S. Roeca
Attorney for Defendants
DANIEL CANTRELL and WHITING FALLON ROSS & ABEL LLP

Roeca Haas Montes De Oca LLP
250 Montgomery Street, Suite 1410, San Francisco, CA 94104
415.352.0980 Fax 415.352.0988

Dated: November 14, 2017

WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP

By: /s/ Carl Paul Blaine
Carl Paul Blaine
Attorney for Defendants
ROBIN KLOMPARENS and WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP

Dated: November 14, 2017

MURPHY PEARSON BRADLEY FEENEY

By: /s/ Jonathan Matthew Blute
Jonathan Matthew Blute
Attorney for Defendants
SUCHERMAN INSALACO LLP, MICHELENE INSALACO, and STACI LAMBRIGHT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** CMC reset for 1/25/18 at 9:30 a.m.

Dated: 11/16/17

Hon. Edward M. Chen
United States District Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Roeca Haas Montes De Oca LLP
250 Montgomery Street, Suite 1410, San Francisco, CA 94104
415.352.0980 Fax 415.352.0988

3
JOINT STIP. AND [PROPOSED] ORDER TO CONT. INITIAL CMC AND OTHER PENDING DEADLINES
Case No. 3:17-cv-04866 EMC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5.1**

I, Russell S. Roeca, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of November 2017 at San Francisco, California.

By: /s/ Russell S. Roeca

Roeca Haas Montes De Oca LLP
250 Montgomery Street, Suite 1410, San Francisco, CA 94104
415.352.0980 Fax 415.352.0988

RUSSELL S. ROECA (State Bar # 97297)
rsr@rhm.legal
KYLE MONTES DE OCA (State Bar # 280114)
kmo@rhm.legal
AUDREY TAM (State Bar # 305437)
ast@rhm.legal
**ROECA HAAS MONTES DE OCA LLP**
250 Montgomery Street, Suite 1410
San Francisco, CA 94104
Telephone: (415) 352-0980
Facsimile: (415) 352-0988

Attorneys for Defendants
DANIEL CANTRELL and WHITING FALLON ROSS & ABEL LLP

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOSEPH SWEENEY,

Plaintiff,

vs.

KERI EVILSIZOR, et al.,

Defendants.

CASE NO. 3:17-CV-04866 (EMC)

Hon. Edward M. Chen

**DECLARATION OF RUSSELL S. ROECA IN SUPPORT OF STIPULATED REQUEST**

I, Russell S. Roeca, declare:

1. I am partner at Roeca Haas Montes De Oca, LLP, attorneys of record for defendants DANIEL CANTRELL and WHITING FALLON ROSS & ABEL LLP.

2. I have personal knowledge of the matters set forth in this declaration, and if called as a witness, could and would competently testify to these matters.

3. I make this declaration in support of the parties' Joint Stipulation to Continue Initial Case Management Conference and Other Pending Deadlines, including defendants' time to respond to the complaint.

4. This is the parties' first stipulation to continue the Initial Case Management

Roeca Haas Montes De Oca LLP
250 Montgomery Street, Suite 1410, San Francisco, CA 94104
415.352.0980 Fax 415.352.0988

Roeca Haas Montes De Oca LLP
250 Montgomery Street, Suite 1410, San Francisco, CA 94104
415.352.0980 Fax 415.352.0988

Conference and related deadlines. This is the parties' third stipulation to extend defendants' time to file responsive pleadings.

5. The reason for this request is that the parties have conditionally settled this case pending approval of a global settlement agreement in the related underlying family court action currently pending in the Contra Costa Superior Court as Case No. FLMSD13-01648. Settlement of the family court action includes resolution of the above-entitled action.

6. I believe that moving the initial case management conference to January 25, 2018 and defendants' time to file responsive pleadings to January 18, 2018 would prevent the unnecessary expenditure of resources.

7. The request changes will not appreciably delay proceedings in this action and will enable more efficient and economical management of the litigation.

8. I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct, and that this declaration was executed on November 14, 2017 at San Francisco, California.

/s/ Russell S. Roeca
Russell S. Roeca

Roeca Haas Montes De Oca LLP
250 Montgomery Street, Suite 1410, San Francisco, CA 94104
415.352.0980 Fax 415.352.0988

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5.1**

I, Russell S. Roeca, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of November 2017 at San Francisco, California.

By: /s/ Russell S. Roeca